

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 27, 2026

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:** *Friday v. United States of America*, **No. 26 Civ. 56 (JMF)**

Dear Judge Furman:

This Office represents defendant United States of America (the "Government") in this action brought by plaintiff Daereon Angel Andretti Friday ("Plaintiff") under the Federal Tort Claims Act ("FTCA"). This FTCA action concerns injuries allegedly sustained by Plaintiff in a motor vehicle accident with a United States Postal Service ("USPS") truck. I write respectfully to request an adjournment of the mediation scheduled for July 14, 2026 pursuant to the Court's Mediation Referral Order for Personal Injury Cases (ECF No. 9), until after the conclusion of fact discovery.

The undersigned counsel has conferred extensively with agency counsel regarding the possibility of discussing potential settlement at this stage of the litigation. After assessing the available information, the Government believes that mediation would not be fruitful at this time, and that settlement discussions would be more productive after the parties have had an opportunity to develop a more robust factual record through discovery. Accordingly, the Government respectfully requests that the parties adjourn the mediation until after the close of fact discovery and proceed with submitting a proposed Case Management Plan in advance of the Initial Pretrial Conference scheduled for May 13, 2026 (ECF No. 10). This is the Government's first request for an adjournment, and counsel for Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Application GRANTED. The Government shall direct its request for an adjournment to the Mediation Office. The Clerk of Court is directed to terminate ECF No. 11.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

SO ORDERED.

April 28, 2026

By:   */s/ Jonaki Singh*
　　　Jonaki Singh
　　　Assistant United States Attorney
　　　86 Chambers Street, Third Floor
　　　New York, New York 10007
　　　Tel.: (212) 637-2785

E-mail: jonaki.singh@usdoj.gov
*Attorney for Defendant United States of America*

cc: Plaintiff's counsel (via ECF)