**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 7, 2026

**Via ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

          Re:    *Friday v. United States of America*, No. 26 Civ. 56 (JMF)

Dear Judge Furman:

          This Office represents defendant United States of America (the "Government") in this action brought by plaintiff Daereon Angel Andretti Friday ("Plaintiff") under the Federal Tort Claims Act ("FTCA").  This FTCA action concerns injuries allegedly sustained by Plaintiff in a motor vehicle accident with a United States Postal Service ("USPS") truck.

          The parties have conferred and have agreed to consent to conduct all further proceedings before the assigned Magistrate Judge pursuant to 28 U.S.C. § 636.  Accordingly, I write respectfully on behalf of the parties to request an adjournment *sine die* of the parties' May 7, 2026 deadline to file the joint letter described in the Court's January 8, 2026 Order (ECF No. 2), as well as an adjournment *sine die* of the Initial Pretrial Conference scheduled for May 13, 2026.  The parties will submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by May 11, 2026.  Counsel for Plaintiff consents to this request.

          I thank the Court for its consideration of this request.

                                        Respectfully submitted,

Application GRANTED.  The initial pretrial
conference previously scheduled for May 13,
2026 is hereby ADJOURNED *sine die.*              JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York
The Clerk of Court is directed to terminate
ECF No. 15.
                                  By:      */s/ Jonaki Singh*
                                        Jonaki Singh
 SO ORDERED.                             Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2785
                                        E-mail: jonaki.singh@usdoj.gov
May 7, 2026                              *Attorney for Defendant United States of America*
cc: Plaintiff's counsel (via ECF)